**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RACHEL CELESTE LINAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-789-SM |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered October 3, 2023 [Doc. No. 9]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] is DENIED and Plaintiff is directed to pay the full filing fee in the amount of $402.00 within twenty-one days from the date of this Order or this matter will be dismissed without prejudice.

IT IS SO ORDERED this 19th day of September, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE